# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

### Holding a Criminal Term

### Grand Jury Sworn in on July 6, 2017

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO.** _____ |
| v. | **UNDER SEAL** |
| **SHAOXI GU,** | 21 U.S.C. §§ 959(a), 959(b), 960, 963 (Conspiracy to Distribute a Controlled Substance and Listed Chemical for Purpose of Unlawful Importation into the United States) |
| also known as "Shao Xi Gu" and "Simon Gu" | |
| Defendant. | 21 U.S.C. §§ 952, 960 (Importation of a Controlled Substance into the United States) |
| | 21 U.S.C. § 959(a) (Manufacture or Distribution of a Controlled Substance and Listed Chemical for the Purpose of Unlawful Importation) |
| | 21 U.S.C. § 960(d)(3) (Importation of a Listed Chemical for Manufacturing a Controlled Substance) |
| | 21 U.S.C. § 960(d)(4) (Exportation of a Listed Chemical for Manufacturing a Controlled Substance in violation of the Laws of the Country to which the Chemical is Exported) |
| | 18 U.S.C. § 2 (Aiding and Abetting) |
| | 21 U.S.C. §§ 853 and 970 (Forfeiture) |

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

From in or around August 2017, continuing thereafter, up to and including the time of the filing of this Indictment, the exact dates being unknown to the Grand Jury, in the countries of China, Peru, the United States, and elsewhere, pursuant to Title 18, United States Code, Section 3238, within the venue of the United States District Court for the District of Columbia, the Defendant Shaoxi GU, also known as "Shao Xi Gu" and "Simon Gu," and others known and unknown to the Grand Jury, did knowingly, intentionally, and willfully combine, conspire, confederate, and agree to commit the following offenses against the United States: to distribute a Schedule II substance, that is 4-anilino-N-phenethyl-4-piperidine (ANPP), and a List I chemical, that is N-phenethyl-4-piperidone (NPP), intending, knowing, or having reasonable cause to believe that such substance or chemical will be unlawfully imported into the United States; and to distribute a List I chemical, that is N-phenethyl-4-piperidone (NPP), intending or knowing that such chemical will be used to manufacture a Schedule II controlled substance, that is N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), and intending, knowing, or having reasonable cause to believe that the controlled substance will be unlawfully imported into the United States, in violation of Title 21, United States Code, Sections 802(6), 802(23), 802(34), 959(a), 959(b), 960(b)(3), 960(d)(7); Title 21, Code of Federal Regulations, Sections 1308.12(g)(3), 1310.02(a)(29); Volume 75, Federal Register 37295; all in violation of Title 21, United States Code, Section 963, and Title 18, United States Code, Section 2.

(Conspiracy to Distribute a Controlled Substance or Listed Chemical for Importation into the United States, in violation of Title

2

21, United States Code, Sections 802(6), 802(23), 802(34), 959(a), 959(b), 960(b)(3), 960(d)(7), 963; Title 21, Code of Federal Regulations, Sections 1308.12(g)(3), 1310.02(a)(29); Volume 75, Federal Register 37295; Title 18, United States Code, Section 2.)

## COUNT TWO

In or about December 2017, pursuant to Title 18, United States Code, Section 3238, within the venue of the United States District Court for the District of Columbia, the Defendant Shaoxi GU, also known as "Shao Xi Gu" and "Simon Gu," did intentionally and knowingly import into the United States from a place outside thereof a Schedule II controlled substance, that is 4-anilino-N-phenethyl-4-piperidine (ANPP), all in violation of Title 21, United States Code, Sections 952(a), 960(b)(3), 802(6), 802(23); Title 21, Code of Federal Regulations, Sections 1308.12(g)(3); Volume 75, Federal Register 37295; and Title 18, United States Code, Section 2.

>(Importation of a Controlled Substance into the United States in violation of Title 21, United States Code, Sections 952(a), 960(b)(3), 802(6), 802(23); Title 21, Code of Federal Regulations, Sections 1308.12(g)(3); Volume 75, Federal Register 37295; and Title 18, United States Code, Section 2.)

## COUNT THREE

In or about December 2017, pursuant to Title 18, United States Code, Section 3238, within the venue of the United States District Court for the District of Columbia, the Defendant Shaoxi GU, also known as "Shao Xi Gu" and "Simon Gu," did knowingly, intentionally, and willfully commit the following offense against the United States: to wit, to distribute a Schedule II substance, that is 4-anilino-N-phenethyl-4-piperidine (ANPP), intending, knowing, or having reasonable cause to believe that such substance will be unlawfully imported into the United States, in violation of Title 21, United States Code, Sections 802(6), 802(23), 959(a), 960(b)(3); Title 21,

Code of Federal Regulations, Sections 1308.12(g)(3); Volume 75, Federal Register 37295; and Title 18, United States Code, Section 2.

> (Distribution of a Controlled Substance for Importation into the United States, in violation of Title 21, United States Code, Sections 802(6), 802(23), 959(a), 960(b)(3); Title 21, Code of Federal Regulations, Sections 1308.12(g)(3); Volume 75, Federal Register 37295; and Title 18, United States Code, Section 2.)

## COUNT FOUR

In or about December 2017, pursuant to Title 18, United States Code, Section 3238, within the venue of the United States District Court for the District of Columbia, the Defendant Shaoxi GU, also known as "Shao Xi Gu" and "Simon Gu," did knowingly, intentionally, and willfully commit the following offense against the United States: to wit, to distribute a List I chemical, that is N-phenethyl-4-piperidone (NPP), intending, knowing, or having reasonable cause to believe that such chemical will be unlawfully imported into the United States, in violation of Title 21, United States Code, Sections 802(34), 959(a), 960(d)(7); Title 21, Code of Federal Regulations, Section 1310.02(a)(29); and Title 18, United States Code, Section 2.

> (Distribution of a Listed Chemical for Importation into the United States, in violation of Title 21, United States Code, Sections 802(34), 959(a), 960(d)(7); Title 21, Code of Federal Regulations, Section 1310.02(a)(29); and Title 18, United States Code, Section 2.)

## COUNT FIVE

In or about December 2017, pursuant to Title 18, United States Code, Section 3238, within the venue of the United States District Court for the District of Columbia, the Defendant Shaoxi GU, also known as "Shao Xi Gu" and "Simon Gu," did knowingly and intentionally commit the following offense against the United States: to wit, to import a List I chemical, that is N-phenethyl-

4-piperidone (NPP), knowing, or having reasonable cause to believe, that such chemical will be unlawfully used to manufacture a controlled substance, in violation of Title 21, United States Code, Sections 802(34), 960(d)(3); Title 21, Code of Federal Regulations, Section 1310.02(a)(29); and Title 18, United States Code, Section 2.

> (Importation of a Listed Chemical for Manufacture of a Controlled Substance, in violation of Title 21, United States Code, Sections 960(d)(3), 802(34); Title 21, Code of Federal Regulations, Section 1310.02(a)(29); and Title 18, United States Code, Section 2.)

## COUNT SIX

In or about December 2017, pursuant to Title 18, United States Code, Section 3238, within the venue of the United States District Court for the District of Columbia, the Defendant Shaoxi GU, also known as "Shao Xi Gu" and "Simon Gu," did knowingly and intentionally commit the following offense against the United States: to wit, to export a List I chemical, that is N-phenethyl-4-piperidone (NPP), knowing, or having reasonable cause to believe, that the chemical will be used to manufacture a controlled substance in violation of the laws of the country, that is Peru, to which the chemical is exported, in violation of Title 21, United States Code, Sections 802(34), 960(d)(4); Title 21, Code of Federal Regulations 1310.02; Title 18, United States Code, Section 2.

> (Exportation of a Listed Chemical to a Country in violation of the Laws of the Country to which the Chemical is Exported, in violation of Title 21, United States Code, Sections 960(d)(4), 802(34); Title 21, Code of Federal Regulations 1310.02; and Title 18, United States Code, Section 2.)

## FORFEITURE ALLEGATION

The United States hereby gives notice to the defendants that upon conviction of the Title 21 offenses alleged in Counts One through Six of this Indictment, the government will seek forfeiture in accordance with Title 21, United States Code, Sections 853 and 970, of all property

constituting or derived from any proceeds the defendants and their co-conspirators obtained directly or indirectly as a result of the alleged Title 21 violation, and all property used or intended to be used in any manner or part to commit and to facilitate the commission of such offenses.

Said property includes, but is not limited to:

A sum of money equal to all proceeds the defendants and their co-conspirators obtained directly or indirectly as a result of the Title 21 offenses charged in this indictment, and all property used or intended to be used to facilitate such offenses, that is, not less than a sum of money representing the amount of funds involved in the offense, and all interest and proceeds traceable thereto; in that such sum, in aggregate, was received by the defendants and their co-conspirators in exchange for the distribution of controlled substances or is traceable thereto. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred or sold to, or deposited with, a third person;

   (c) has been placed beyond the jurisdiction of the Court;

   (d) has been substantially diminished in value; or

   (e) has been commingled with other property which cannot be subdivided without difficulty;

//
//
//
//
//

it is the intent of the United States, pursuant to 21, U.S.C. § 853(p) to seek forfeiture of any other property of the said defendants up to the value of the above forfeitable property.

(Criminal Forfeiture, in violation of Title 21, United States Code, Sections 853 and 970.)

A TRUE BILL:

_____
Foreperson

_____
ARTHUR G. WYATT
Chief
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
Washington, D.C. 20530

By:

_____
Adrienne Rose
Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
Washington, D.C. 20530