**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | **CRIMINAL NO.: 18-CR-00102 (DLF)** |
| ) | |
| v.  ) | **UNDER SEAL** |
| ) | |
| **SHAOXI GU,**  ) | |
|    also known as "Shao Xi Gu"  ) | |
|    and "Simon Gu,"  ) | |
| ) | |
|    **Defendant.**  ) | |

## GOVERNMENT MOTION TO UNSEAL CASE

The United States of America, by and through the undersigned counsel, respectfully moves the Court for an order directing that the public docket of the above-captioned case be unsealed.

### Background

1. On April 16, 2018, a federal grand jury sitting in the District of Columbia returned an indictment against the defendant, Shaoxi Gu, also known as "Shao Xi Gu" and "Simon Gu" ("Defendant"). On that same day, Magistrate Judge Deborah A. Robinson signed the arrest warrant for the Defendant.

2. Also on the same day, the Government filed a motion to seal the indictment and arrest warrant, based on the grounds of needing to ensure the safety of witnesses and law enforcement officers and allow the Government the ability to apprehend the Defendant, without alerting him of his impending arrest.

3. The Government has determined that the reasons initially cited for the sealing of the indictment and arrest warrant are no longer necessary or applicable. The Government conferred with counsel for the Defendant and the Defendant takes no position on the instant motion.

4.      Therefore, the Government moves to unseal the docket, with the exception of Dkt. Nos. 9, 11, 16, 18, 19, 20, 21, 23, 25, 30, 31, 37, 38, 39, 40, 44, 46, 48, 49, 51, 55, 56, 57, 58, 60, 62, 65, 69, 80 and 81, this Motion to Unseal the Case, and any resulting order, which should remain under seal as they contain details related to the Defendant's cooperation with the Government.

## CONCLUSION

For all the foregoing reasons, counsel for the Government respectfully requests that the docket in the present case be unsealed.

                        MARLON COBAR, Chief
                        Criminal Division
                        Narcotic and Dangerous Drug Section

By:    */s/ Janet H. Turnbull*
           JANET H. TURNBULL
           Trial Attorney
           Narcotic and Dangerous Drug Section
           Criminal Division
           U.S. Department of Justice
           2 Con, 145 N Street, NE
           Washington, D.C.  20530

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was sent via e-mail, to counsel of record for the Defendant, this 29th day of October 2024.

          By:      */s Janet H. Turnbull*
                  JANET H. TURNBULL
                  Trial Attorney
                  Narcotic and Dangerous Drug Section
                  Criminal Division
                  U.S. Department of Justice